UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-24068-Civ-COOKE/O'SULLIVAN

ANGEL R. ESPEJO
and other similarly situated individuals,

    Plaintiff,

vs.

PERRI BROTHERS & ASSOCIATES, INC.
and MICHELE PERRI,

    Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court on Chief United States Magistrate Judge John J. O'Sullivan's Order Approving Settlement Agreement and Recommending that the Case be Dismissed with Prejudice ("Order and Recommendation") (ECF No. 24).  The Court referred this matter to Judge O'Sullivan for a settlement conference on October 7, 2020. ECF No. 4

Judge O'Sullivan held a settlement conference on November 30, 2020.  ECF No. 23. The parties have reached an agreement in this matter, and Judge O'Sullivan has reviewed the terms of the settlement agreement in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).  The Order and Recommendation approves the settlement agreement and recommends this case be dismissed with prejudice.  Judge O'Sullivan also recommends the Court retain jurisdiction until June 1, 2021 to enforce the terms of the settlement.  Neither party objected to the Order and Recommendation and the time to do so has passed. After reviewing the record in this matter, the Court agrees with Judge O'Sullivan's recommendation.

Accordingly, the Order and Recommendation (ECF No. 24) is **AFFIRMED and ADOPTED** as an Order of this Court. It is hereby **ORDERED and ADJUDGED t**his case is **DISMISSED** *with prejudice*.  The Clerk shall **CLOSE** this case.  The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement until June 1, 2021.

**DONE and ORDERED** in chambers, at Miami, Florida, this 15th day of December 2020.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*